UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

Case No.  SACV 12-1840-JST (JPRx)                    Date:  November 16, 2012

Title:  Nicholas P. Jordan v. Nationstar Morgage, LLC, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Ellen Matheson   | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                             Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2012-00577646-CU-OR-CJC**

On October 29, 2012, the Court ordered Plaintiff Nicholas P. Jordan to show cause why this case should not be remanded for lack of subject-matter jurisdiction.  (Doc. 7.) The Court further ordered that Plaintiff file his response no later than November 9, 2012. (*Id.*)  As of today, Plaintiff has not filed any response to the Court's Order.  Accordingly, the Court concludes that it lacks subject-matter jurisdiction and REMANDS this case to Orange County Superior Court, Case No. 30-2012-00577646-CU-OR-CJC.

Initials of Preparer:  <u>enm</u>