UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 12-1840-JST (JPRx)          Date: November 16, 2012
Title: Nicholas P. Jordan v. Nationstar Morgage, LLC, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                    Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2012-00577646-CU-OR-CJC**

     On October 29, 2012, the Court ordered Plaintiff Nicholas P. Jordan to show cause why this case should not be remanded for lack of subject-matter jurisdiction. (Doc. 7.) The Court further ordered that Plaintiff file his response no later than November 9, 2012. (*Id.*) As of today, Plaintiff has not filed any response to the Court's Order. Accordingly, the Court concludes that it lacks subject-matter jurisdiction and REMANDS this case to Orange County Superior Court, Case No. 30-2012-00577646-CU-OR-CJC.

Initials of Preparer: enm